# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

MICHELLE M. J.,

      **Plaintiff,**      **:**

                                  **Case No. 2:25-cv-786**

      **v.**                         **Chief Judge Sarah D. Morrison**

**COMMISSIONER OF**           **Magistrate Judge Chelsey M.**
**SOCIAL SECURITY,**           **Vascura**

                          **:**

      **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on May 11, 2026. (ECF No. 16.) The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. (*Id.*, PAGEID # 7765.) The time for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the R&R without conducting a *de novo* review. For the reasons set forth therein, the Commissioner's non-disability finding is **REVERSED**, and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R. The Clerk shall **TERMINATE** this case from the docket.

      **IT IS SO ORDERED.**

                        /s/ Sarah D. Morrison
                        **SARAH D. MORRISON, CHIEF JUDGE**
                        **UNITED STATES DISTRICT COURT**